UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE WYATT, JR.,

                Plaintiff,

-against-

KELLY LOVING, District Attorney of Dallas, *et al.*,

                Defendants.

21-CV-10447 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued December 8, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the orders in *Wyatt v. State of Texas*, No. 18-CV-00041 (S.D. Tx. Mar. 20, 2018), and *Wyatt v. Dallas Sheriff Dep't*, No. 11-CV-115 (N.D. Tx. Feb. 25, 2011), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  December 8, 2021
         New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                   Chief United States District Judge